H. BENNETT SALOMON, Appellant, *v.* ROBERT F. MAHONEY, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

*Menahem Stim* for motion.
*Sidney S. Levine* opposed.

Motion denied, with $10 costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BONINO, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

Motion for reargument denied.   [See 291 N. Y. 541.]